### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**DAVID PENTON**                                              **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO. 1:25-cv-353-TBM-RPM**

**DEEP SOUTH MARINE**
**RESTORATION, LLC**                                         **DEFENDANT**

### ORDER AND DEFAULT JUDGMENT

This matter came before the Court on David Penton's Motion for Default Judgment [9]. At the hearing conducted on May 29, 2026, the Court considered the pleadings, the record, the oral arguments of the Plaintiff, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that David Penton's Motion for Default Judgment [9] is GRANTED IN PART and DENIED IN PART. David Penton is awarded $48,508.00. He is entitled to pre-judgment interest on $27,258.00 and to post-judgment interest on the full $48,508.00 at the applicable legal rates.

This, the 1st day of June, 2026.

_____
TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE